TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00548-CR






Andre Martrell Myers, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 62365, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a motion for extension of time to file his brief. We will grant
the extension and ORDER appellant to file his brief no later than March 6, 2009. No further
extensions will be granted.

 It is ordered February 27, 2009.



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish